UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBBY TILBORG,

          Plaintiff,

-vs-                                    Case No. 2:10-cv-167-FtM-29SPC

CAPSTONE CREDIT & COLLECTIONS, LLC,

          Defendant.

_____

### ORDER

This matter comes before the Court on the Plaintiff Robby Tilborg's Motion for Entry of Default and Declaration in Support Thereof (Doc. #11) filed on July 7, 2010. Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

In this instance, the Defendant filed its Motion to Dismiss (Doc. # 12) and its Answer (Doc. # 13) on July 7, 2010. Thus, the Motion for Clerk's Default is due to be denied.

Accordingly, it is now

**ORDERED:**

The Plaintiff Robby Tilborg's Motion for Entry of Default and Declaration in Support Thereof (Doc. #11) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___14th___ day of July, 2010.

                                                SHERI POLSTER CHAPPELL
                                                UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record